

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00187-CV

**IN THE MATTER OF J.D.C.**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2012JUV01630
The Honorable Lisa Jarrett, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED October 8, 2014.

_____
Catherine Stone, Chief Justice

---

[1] Associate Judge Yvonne M. Gomez presided over the disposition hearing and recommended the order modifying disposition, which was signed and entered by the Honorable Lisa Jarrett.